IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEITE, | Case No. 3:17-cv-06707-YGR |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| JOEL MARTINEZ, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED that the time within which Respondent is to file a response to this Court's Order to Show Cause filed December 28, 2017, will be extended to **June 26, 2018**. Petitioner's response shall be filed within **thirty (30) days** of the date the response is filed.

The Court notes that this is the second extension in this case. While the granting of regular requests for extension should not be expected, the Court finds that a second extension is warranted due to Respondent's counsel's family emergency. *See* Dkt. 15-1 at 2.

Dated: April 23, 2018

_____
The Honorable Yvonne Gonzalez Rogers

1